# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00543-CV

**Dean F. Miller a/k/a Dean Fredrick d/b/a
Dean Fredrick, a/k/a Dean Fredrick Miller, Appellant**

**v.**

**Manuel and Jill Bustamante, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-001231, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 27, 2019. On November 4, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 14, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: December 19, 2019